## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| James C. Womack, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-cv-0656-SEB-TAB |
| ) | |
| Nelson, Watson & Associates, LLC, a ) | |
| Massachusetts limited liability company ) | |
| and LVNV Funding, LLC, a Delaware ) | |
| limited liability company, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, James C. Womak, having reached a settlement with Defendants, hereby stipulates to the dismissal of this lawsuit with prejudice.

Dated: July 8, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice.

Dated: 07/09/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

     I hereby certify that on July 8, 2009 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on July 8, 2009 by 5:00 p.m.

Nelson, Watson & Associates, LLC
  C/O Boyd W. Gentry
Surdyk, Dowd & Turner Co., L.P.A.
1 Prestige Place
Suite 700
Miamisburg, Ohio 45342

Michael Bahner, Corporate Counsel
LVNV Funding, LLC
15 S. Main Street,
Suite 600
Greenville, South Carolina 29601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com